JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MARGARITO VILLASENOR,                    ) CASE NO. CV 14-709-CAS (PJW)
                                         )
                Petitioner,              )
                                         ) J U D G M E N T
          v.                             )
                                         )
K. HOLLAND, WARDEN,                      )
                                         )
                Respondent.              )
_____ )

     Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.


     DATED:   April 26, 2017.


                              _____
                              CHRISTINA A. SNYDER
                              UNITED STATES DISTRICT JUDGE